# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

Case No. 3:15-mj-1170-JRK

-vs-

**JOSHUA RYNE GOLDBERG**

Defense Atty.: Jeffrey A. Gedbaw, Esquire
AUSA: Kevin C. Frein, Esquire

| JUDGE | James R. Klindt<br>U.S. Magistrate Judge | DATE AND TIME | 9/10/2015<br>3:08 p.m. - 3:35 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL/PROBATION | Sara Romig |

### CLERK'S MINUTES

**PROCEEDINGS:**     **INITIAL APPEARANCE**

Court requested presence of counsel for possible appointment. Jeffrey A. Gedbaw is present.

Defendant arrested today by the FBI.

Defendant advised of rights, charge, penalties, and special assessment.

Defendant requested court appointed counsel. Defendant placed under oath and questioned regarding financial condition. Court will appoint the Federal Public Defender.

**Order to enter.**

Defendant advised of his right to a preliminary hearing.

Government's oral motion for detention.

Government's oral motion to continue the detention hearing, without objection from Defendant, is **GRANTED.**

Detention and preliminary hearing set for **Tuesday, September 15, 2015, at 2:00 p.m.**

**Order of Temporary Detention to enter.**

**FILED IN OPEN COURT:**
     **Assertion of Fifth and Sixth Amendment Rights**