UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 3:15-mj-1170-JRK

JOSHUA RYNE GOLDBERG
_____

### UNITED STATES' NOTICE
### REGARDING DESIGNATION OF DEFENDANT

The United States of America, by and through the undersigned Assistant United States Attorney, files this Notice regarding the Defendant's designation at a Federal Correctional Institution.

1.   On September 23, 2015, the undersigned was advised that the Defendant was designated for placement at the Federal Correctional Institution (hereinafter "FCI"), Miami, Florida, for purposes of conducting a psychiatric or psychological examination to determine if the Defendant is competent to stand trial.

2.   Based on the Defendant receiving this designation for FCI Miami the

United States Marshals Service has begun the process of transporting the

Defendant to the facility.

Respectfully submitted,


A.  LEE BENTLEY, III
United States Attorney


By:     *s/ Kevin C. Frein*
        KEVIN C. FREIN
        Assistant United States Attorney
        Florida Bar No: 0149144
        300 North Hogan Street, Suite 700
        Jacksonville, Florida   32202-4270
        Telephone:   (904) 301-6300
        Facsimile:   (904) 301-6310
        E-mail:        kevin.frein@usdoj.gov

**U.S. v. JOSHUA RYNE GOLDBERG**          **Case No. 3:15-mj-1170-JRK**

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2015, I filed the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Paul A. Shorstein, Esquire.

*s/ Kevin C. Frein*
KEVIN C. FREIN
Assistant United States Attorney