UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:15-mj-1170-J-JRK

JOSHUA RYNE GOLDBERG

**PROTECTIVE ORDER**

Upon motion of the United States, the Court being advised as to the nature of this case, and there being no objection by the parties, it is hereby

ORDERED that, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, that the discovery material provided by the government in this case not be reproduced or disseminated to persons not a party to, or involved in, this case, except as provided below.

IT IS FURTHER ORDERED that copies of discovery material only be provided to those persons employed by defense counsel who are necessary to assist counsel in preparation for trial, and to such persons as the defense deems necessary to further legitimate investigation and preparation of this case.

IT IS FURTHER ORDERED that any person who receives a copy of any document subject to this protective order from defense counsel is prohibited from using such document in any way except to assist counsel for defendant in the investigation or preparation of this case, and from reproducing or disseminating any such document in any way to any other person or entity except as provided for in the order.

IT IS FURTHER ORDERED that defense counsel be prohibited from allowing defendant unsupervised access to any audio and visual recordings and to any discovery materials that the Government marks with a Bates stamp marking beginning with the letter "P." Upon the completion of the case to include any appeals, any discovery materials with a Bates stamp marking beginning with the letter "P" will be returned to the Government. If an ineffective assistance of counsel claim is later raised by the defendant against defense counsel, the Government will provide defense counsel with copies of any discovery materials with a Bates stamp marking beginning with the letter "P" in the course of litigating the ineffective assistance of counsel claim. Said discovery materials will be returned to the Government upon completion of the ineffective assistance of counsel litigation. In the event that defense counsel disputes the propriety of the Government marking any discovery item with a Bates stamp beginning with the letter "P," the parties will confer, and if the matter cannot be resolved by agreement, the parties will seek guidance from the Court. Pending resolution of

any dispute by the Court, defense counsel shall not permit defendant to have unsupervised access to those items.

IT IS FURTHER ORDERED that if any party believes an exception should be made to this protective order, the parties will confer and then seek guidance from this Court as necessary. The parties will advise the Court by letter of any agreed-upon exceptions made to the protective order.

IT IS FURTHER ORDERED that this protective order does not in any manner limit the right of defense counsel to reproduce or disseminate any information or document obtained from sources other than the government even if the same information is within the material provided to the defense by the government in the discovery process.

IT IS FURTHER ORDERED that consistent with the Court's Order dated September 16, 2015, (Doc 17), this protective order does not limit the ability of the parties to provide information to a psychiatrist or psychologist at a Federal Facility evaluating the Defendant for competency.

DONE AND ORDERED this 15th day of October, 2015.

_____
JAMES R. KLINDT
United States Magistrate Judge

Copies:
Assistant U.S. Attorney (Frein)
Paul A. Shorstein, Esquire