UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:15-mj-1170-J-JRK

UNITED STATES OF AMERICA

vs.

JOSHUA RYNE GOLDBERG

_____ /

## NOTICE OF INTENT TO RELY ON INSANITY DEFENSE
## AND MEMORANDUM OF LAW

The Defendant, JOSHUA RYNE GOLDBERG, by and through the undersigned

attorneys, Shorstein, Lasnetski & Gihon, LLC, hereby files this Notice of Intent to Rely

on the Insanity Defense pursuant to Rule 12.2, Federal Rules of Criminal Procedure.  As

grounds for this motion, Defendant states the following:

1.      On or about September 10, 2015, Defendant was charged in a criminal

complaint with distribution of information relating to explosives, destructive devices and

weapons of mass destruction in violation of 18 U.S.C. Section 842(p).  More specifically,

it is alleged that Defendant had an ongoing conversation over the Internet with a

confidential source, and Defendant forwarded links that contained instructions on making

a bomb that could be used to cause casualties at an event remembering the attacks of

September 11, 2001.

2.      After reviewing certain evidence relating to the allegations and

Defendant's extensive mental health records, undersigned counsel suggested that

Defendant be evaluated to determine whether he is competent to defend himself and

otherwise proceed with the legal process.  A thorough evaluation of Defendant was

conducted, and the evaluating doctor has issued a report outlining her conclusion that Defendant is not competent to proceed. A copy of the report has been provided to all of the relevant parties.

3.      Based on the charge listed in the criminal complaint, if and when Defendant is restored to competency, Defendant intends to rely on the defense of insanity at trial.

4.      Pursuant to Rule 12.2, Defendant reserves the right to present testimony regarding his mental condition at the time of the alleged offense.

## MEMORANDUM OF LAW

Rule 12.2, Federal Rules of Criminal Procedure, states that a defendant who intends to assert a defense of insanity at the time of the alleged offense must notify an attorney for the government in writing and file the notice with the clerk's office.

Shorstein, Lasnetski & Gihon, LLC

/s/ Paul Shorstein
Paul Shorstein
FL Bar No.: 814431
Jeremy Lasnetski
FL Bar No.: 0512524
Harry Shorstein
FL Bar No.: 93316
6550 St. Augustine Rd., Ste. 303
Jacksonville, Florida 32217
(904) 642-3332
Paul@Jaxtriallaw.com
Attorneys for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kevin Frein, Esquire, Assistant U.S. Attorney, United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202.

/s/ Paul Shorstein
Attorney