# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

**-vs-**

**JOSHUA RYNE GOLDBERG**

Case No. 3:15-mj-1170-J-JRK

Defense Atty.: Paul A. Shorstein, Esquire
AUSA: Kevin C. Frein, Esquire

| JUDGE | James R. Klindt<br>U.S. Magistrate Judge | DATE AND TIME | 12/14/2015<br>10:22 a.m. - 10:29 a.m.<br>Recess<br>10:58 a.m. - 12:06 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Cornerstone |
| INTERPRETER | None Present | PRETRIAL/PROBATION | None Present |

## CLERK'S MINUTES

**PROCEEDINGS:**      **COMPETENCY HEARING**

Defendant present.

Government's Witness:
   Lisa Beth Feldman, Psy.D. (via video-conference from FDC Miami)

Government's Exhibit No. 1:
   Circulum Vitae of Dr. Lisa B. Feldman
   Received into evidence, with no objection from Defendant

Government's Exhibit No. 2:
   Report of Dr. Lisa B. Feldman
   Received into evidence, with no objection from Defendant

Defendant's oral motion for Government's Exhibit 2 to be filed under seal, is **GRANTED to the extent** that the exhibit will be kept under seal temporarily.

Defendant shall file a written motion no later than **December 22, 2015.**

Government's shall file a response no later than **December 29, 2015.**

Any other interested party may file a response no later than **December 29, 2015.**

[Continued to Page Two]

**United States v. Joshua Ryne Goldberg**
**Case No.: 3:15-mj-1170-J-JRK**
**Page Two**

_____

Based on Dr. Feldman's testimony and her November 13, 2015 report, the Court finds Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and is, therefore, not competent to stand trial at this time.

Government's oral motion for Defendant to undergo a sanity examination, with no objection from Defendant, is **GRANTED.**

The detention and preliminary hearings are continued until the issue of Defendant's competency has been resolved.

**Order to enter.**

Exhibits not Scanned

Filed Separately