FILED IN OPEN COURT
12/14/2015
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　Case No. 3:15-mj-1170-J-JRK

　　　Plaintiff, ☐
　　　Government ☒
　　　　　　　　　　　　　　　　　　　　☐ Evidentiary
　　　　　　　　　　　　　　　　　　　　☐ Trial
v.　　　　　　　　　　　　　　　　　　☒ Other: Competency Hearing

JOSHUA RYNE GOLDBERG

　　　Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 12/14/2015 | 12/14/2015 | Lisa B. Feldman, Psy.D. | Curriculum Vitae of Lisa B. Feldman, Psy.D. |
| 2 | 12/14/2015 | 12/14/2015 | Lisa B. Feldman, Psy.D. | Forensic Evaluation Report of Joshua Ryne Goldberg, authored by Lisa B. Feldman, Psy.D., dated November 13, 2015 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |