**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.

JOSHUA RYNE GOLDBERG
_____

Case No. 3:15-mj-1170-JRK

## O R D E R

This cause is before the Court sua sponte.  Upon consideration, it is

**ORDERED:**

The undersigned will hold a status hearing regarding competency on **WEDNESDAY, JUNE 15, 2016 at 2:00 PM** in Courtroom 13A, Thirteenth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida. Counsel shall appear for the hearing in Courtroom 13A. Defendant shall appear for the hearing via videoconferencing technology from FMC Butner.

The Court requests that FMC Butner produce Joshua Ryne Goldberg (Reg. No. 63197-018) in the videoconferencing room at that facility on the date and time of the scheduled hearing.

**DONE AND ORDERED** at Jacksonville, Florida on June 2, 2016.

*James R. Klindt*
**JAMES R. KLINDT**
United States Magistrate Judge

mdc
Copies to:
Asst. U.S. Attorney (Frein)
Paul A. Shorstein, Esquire
Defendant (*via* U.S. Marshal)
U.S. Marshal
U.S. Probation
U.S. Pretrial

R.C. Cheatham, Complex Warden
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

Dawn Henry
Videoconferencing Coordinator
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

Joseph Bott, Systems