FILED IN OPEN COURT
6/15/2016
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:15-mj-1170-JRK

JOSHUA RYNE GOLDBERG

## STIPULATION OF THE PARTIES

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, by and though the undersigned Assistant United States Attorney, Kevin C. Frein, and counsel for the Defendant, Paul A. Shorstein, Esq., hereby enter into the following stipulations:

1. Based on the report of Dr. Adeirdre L. Stribling Riley, Forensic Psychologist, and Dr. Tracy O'Connor Pennuto, Neuropsychologist, dated May 10, 2016, the parties stipulate and agree that the defendant, Joshua Ryne Goldberg, remains incompetent to proceed, but there is a substantial likelihood that in a reasonable amount of time the defendant may improve to such an extent his competency to proceed may be improved in order to proceed.

2. As such, the defendant should continue to remain at the Federal Medical Center in Butner, North Carolina for an additional four months to continue restoration efforts.

So stipulated this ___15___ day of June, 2016.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

_____
PAUL A. SHORSTEIN, Esq.
6550 St. Augustine Road, Suite 303
Jacksonville, Florida  32217
Telephone:  (904) 642-3332
Facsimile:   (904) 685-4580
E-mail:         paul@jaxtriallaw.com

_____
KEVIN C. FREIN
Assistant United States Attorney
Florida Bar No.  0149144
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:  (904) 301-6300
Facsimile:   (904) 301-6310
E-mail:        kevin.frein@usdoj.gov