Case 3:15-mj-01170-JRK Document 53 Filed 03/30/17 Page 1 of 1 PageID 250

FILED
3-30-2017
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

# CERTIFICATE OF RESTORATION OF COMPETENCY TO STAND TRIAL

This is to certify that Joshua Ryne Goldberg, Register Number 63197-018, is able to understand the nature and consequences of the proceedings against him and to assist properly in his own defense. This certification is made and filed with the Clerk of the Court pursuant to Title 18, United States Code, Section 4241(e).

In accordance with Section 4241(e), the Clerk of the Court should mail a copy of this certificate to the defendant's counsel and to the attorney for the Government.

_____
M. K. Lewis, Associate Warden

Subscribed and sworn before me this 21st day of March, 2017.

_____
Notary Public

My Commission Expires 09/30/2020

DAWN E. HENRY
Notary Public, North Carolina
Granville County
My Commission Expires
09/30/2020